**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jason L. Rankin**
 Debtor(s)

Bankruptcy Case No.: 19–20358–CMB

Chapter: 13
Docket No.: 62 – 61
Concil. Conf.: June 3, 2021 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ____21st____ day of ____April____, __2021__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    First Class Mail

on the respondent(s) at (list names and addresses here):
    See Attached Mailing Matrix

    Served by CM/ECF:
    Ronda J. Winnecour, Chapter 13 Trustee

    Office of United State Trustee

Executed on ____April 21, 2021____    ____/s/ Todd Thomas____
              (Date)                        (Signature)

Todd Thomas Steidl & Steinberg, P.C. 707 Grant Street, Suite 2830-Gulf Tower, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-20358-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Apr 21 10:34:58 EDT 2021 | Allens Feed & Supply LLC & Shasta Al<br>2 Wabash Avenue<br>Hickory, PA 15340-1152 | Associated Credit Services, LLC<br>Attn: Bankruptcy<br>115 Flanders Road, Ste 140; Po Box 5171<br>Westborough, MA 01581-5171 |
| Associated Credit Services, LLC<br>Po Box 5171<br>Westboro, MA 01581-5171 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>Po Box 259407<br>Plano, TX 75025-9407 |
| Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Cavalry Investments, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Convergent<br>PO Box 9004<br>Renton, WA 98057-9004 | Dish<br>PO Box 94063<br>Palatine, IL 60094-4063 | FLAGSTAR BANK F.S.B.<br>5151 CORPORATE DRIVE, SUITE 3-142<br>TROY MI 48098-2639 |
| Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | Flagstar Bank<br>Attn: Bankruptcy<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Mario J. Hanyon<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054-1218 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jefferson Capital Systems, LLC<br>Po Box 1999<br>Saint Cloud, MN 56302 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Jason L. Rankin<br>397 Washington Pike<br>Avella, PA 15312-2316 | West Penn Power<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 |
| West Penn Power<br>PO Box 3687<br>Akron, OH 44309-3687 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Capital One
15000 Capital One Dr
Richmond, VA 23238

Jefferson Capital Systems, LLC
16 Mcleland Rd
Saint Cloud, MN 56303

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FLAGSTAR BANK, FSB

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29