IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jason L. Rankin, ) | Case No. 19-20358 CMB |
| Debtor ) | Chapter 13 |
| ) | |
| ) | |
| ) | Related to Docket No. 72 |
| ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on January 3, 2022, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee-**Served by CM/ECF filing**
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Jason L. Rankin
397 Washington Pike
Avella, PA 15312

Elemental Building Solutions
12 Fuller Street
Burgettstown, PA 15021


Date of Service: January 3, 2022        /s/ Christopher M. Frye
                                                     Christopher M. Frye, Esquire
                                                     Attorney for the Debtor

                                                     STEIDL & STEINBERG
                                                     Suite 2830, Gulf Tower
                                                     707 Grant Street
                                                     Pittsburgh, PA 15219
                                                     (412) 391-8000
                                                     chris.frye@steidl-steinberg.com
                                                     PA I.D. No. 208402