# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 19-20358 CMB |
| ) | Chapter 13 |
| JASON L. RANKIN, ) | |
| *Debtor* ) | |
| ) | Related to: Document No. 88 |
| JASON L. RANKIN, ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| *No Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this __4th__ day of __March__, 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtor, Jason Rankin, is hereby granted an extension until March 14, 2022 to file the documentary proof of income and notarized affidavit or declaration.

Carlota M. Böhm       glb
Chief United States Bankruptcy Judge

FILED
3/4/22 9:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-20358-CMB
Jason L. Rankin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 04, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2022:**

**Recip ID          Recipient Name and Address**
db          + Jason L. Rankin, 397 Washington Pike, Avella, PA 15312-2316

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2022      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2022 at the address(es) listed below:**

**Name                    Email Address**

Brian Nicholas
    on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com

Christopher M. Frye
    on behalf of Debtor Jason L. Rankin chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Mario J. Hanyon
    on behalf of Creditor FLAGSTAR BANK  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Mar 04, 2022     Form ID: pdf900     Total Noticed: 1

TOTAL: 5