IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason L. Rankin, | ) | Case No. 19-20358 CMB |
|     Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | Related to Docket No. 94 |
| | ) | |
| Jason L. Rankin, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Principle Enterprise, | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 5, 2022 a true and correct copy of the *Order to Pay Trustee, along with the Notification of Debtor's Social Security Number* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF Filing**
Ronda J. Winnecour, Trustee

**Served by First Class U.S. Mail**

Principle Enterprise
Attn: Payroll Department
PO Box 177
Canton, PA 17724

Jason L. Rankin
397 Washington Pike
Avella, PA 15312

April 5, 2022
DATE

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
chris.frye@steidl-steinberg.com
P.A.I.D. No. 208402