IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason L. Rankin, | ) | Case No. 19-20358 CMB |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related to Docket No. 102 |
| | ) | |
| | ) | Motion for WO-1 |
| | ) | |
| Jason L. Rankin, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 5D Field Services, | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
|     Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 15, 2022 a true and correct copy of the *Order to Pay Trustee, along with the Notification of Debtor's Social Security Number* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF Filing**
Ronda J. Winnecour, Trustee

**Served by First Class U.S. Mail**

| | |
|---|---|
| 5d Field Services | Jason L. Rankin |
| Attn: Payroll Department | 397 Washington Pike |
| 3866 Millers Run Road | Avella, PA 15312 |
| McDonald, PA 15057 | |

| | |
|---|---|
| June 15, 2022 | /s/ Christopher M. Frye |
| DATE | Christopher M. Frye, Esquire |
| | Attorney for the Debtor |
| | |
| | STEIDL & STEINBERG |
| | 2830 Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | chris.frye@steidl-steinberg.com |
| | P.A.I.D. No. 208402 |