IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                )
                      )
Jason L. Rankin       )     Case No. 19-20358 CMB
                      )     Chapter 13
      Debtor          )

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by:   Debtor

☐   a motion to lift stay
    as to creditor _____

☐   Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated   4/15/2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐   Debtor's Plan payments shall be changed from $_____ to $_____ per month, effective _____; and/or the Plan term shall be changed from ____ months to ____ months.            .

☐   In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that he has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice

under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor shall file and serve ____ on or before ____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as ____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:  Claim 4 filed by Atlas Acquisitions LLC governs.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  24th day of November , 2023

Dated:  11/24/2023

*Carlota M. Böhm*  dmk
United States Bankruptcy Judge

Stipulated by:

/s/ Christopher M. Frye
Counsel to Debtor
Christopher M. Frye, Esquire

Stipulated by:

/s/ James Warmbrodt
Counsel to Chapter 13 Trustee

cc: All Parties in Interest to be served by Clerk

FILED
11/24/23 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20358-CMB |
| Jason L. Rankin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 24, 2023 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason L. Rankin, 397 Washington Pike, Avella, PA 15312-2316 |
| 15000442 | + | Allens Feed & Supply LLC & Shasta Al, 2 Wabash Avenue, Hickory, PA 15340-1152 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2023 00:36:24 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15018125 | | Email/Text: bnc@atlasacq.com | Nov 25 2023 00:27:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14985343 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2023 00:36:27 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14985344 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2023 00:36:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14985345 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 25 2023 00:36:24 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 14985346 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 25 2023 00:36:22 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14996275 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2023 00:36:28 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14988027 | + | Email/Text: bankruptcy@cavps.com | Nov 25 2023 00:28:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14985347 | | Email/Text: convergent@ebn.phinsolutions.com | Nov 25 2023 00:28:00 | Convergent, PO Box 9004, Renton, WA 98057-9004 |
| 14985348 | | Email/Text: Bankruptcy.Consumer@dish.com | Nov 25 2023 00:27:00 | Dish, PO Box 94063, Palatine, IL 60094-4063 |
| 15007978 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 25 2023 00:28:00 | FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098-2639 |
| 14985350 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 25 2023 00:28:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14985349 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 25 2023 00:28:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14985351 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 25 2023 00:28:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14985352 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 25 2023 00:28:00 | Jefferson Capital Systems, LLC, Po Box 1999, |

Case 19-20358-CMB    Doc 110    Filed 11/26/23    Entered 11/27/23 00:10:59    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2023 | Form ID: pdf900 | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| | | | | Saint Cloud, MN 56302 |
| 14985353 | | Email/Text: bankruptcy@firstenergycorp.com | Nov 25 2023 00:28:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15000443 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 25 2023 00:28:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK, FSB |
| 15000444 | * | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14985341 | ##+ | Associated Credit Services, LLC, Po Box 5171, Westboro, MA 01581-5171 |
| 14985342 | ##+ | Associated Credit Services, LLC, Attn: Bankruptcy, 115 Flanders Road, Ste 140; Po Box 5171, Westborough, MA 01581-5171 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Jason L. Rankin chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5