| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **JASON L. RANKIN** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number | 19-20358CMB |

## Official Form 410C13-N
# Trustee's Notice of Disbursements Made 12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** FLAGSTAR BANK NA

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 8 3 3 1

**Property Address:** 397 WASHINGTON PIKE
Number    Street

AVELLA    PA    15312
City    State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 15,991.32 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 15,991.32 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 15,991.32 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.
☒ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $   78,805.08

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on <u>January 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $   -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour
Signature

Date: 01/29/2026

**Trustee:** Ronda J. Winnecour
First Name   Middle Name   Last Name

**Address:** CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number   Street

PITTSBURGH   PA   15219
City   State   ZIP Code

**Contact phone:** (412) 471-5566   **Email:** cmecf@chapter13trusteewdpa.com

| Debtor 1 | **RANKIN** | | Case Number **19-20358CMB** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 3 | FLAGSTAR BANK FSB | 02/25/2020 | 1149617 | Amounts Disbursed To Creditor | 352.99 |
| 3 | FLAGSTAR BANK FSB | 04/27/2020 | 1156596 | Amounts Disbursed To Creditor | 103.17 |
| 3 | FLAGSTAR BANK FSB | 10/25/2024 | 1313723 | Amounts Disbursed To Creditor | 572.62 |
| 3 | FLAGSTAR BANK FSB | 11/25/2024 | 1316303 | Amounts Disbursed To Creditor | 34.37 |
| 3 | FLAGSTAR BANK FSB | 12/23/2024 | 1318705 | Amounts Disbursed To Creditor | 1,918.79 |
| 3 | FLAGSTAR BANK FSB | 01/28/2025 | 1321174 | Amounts Disbursed To Creditor | 941.91 |
| 3 | FLAGSTAR BANK FSB | 02/25/2025 | 1323624 | Amounts Disbursed To Creditor | 537.94 |
| 3 | FLAGSTAR BANK FSB | 04/25/2025 | 1328575 | Amounts Disbursed To Creditor | 1,776.94 |
| 3 | FLAGSTAR BANK NA | 06/25/2025 | 1333453 | Amounts Disbursed To Creditor | 1,908.83 |
| 3 | FLAGSTAR BANK NA | 07/25/2025 | 1335927 | Amounts Disbursed To Creditor | 962.89 |
| 3 | FLAGSTAR BANK NA | 08/26/2025 | 1338355 | Amounts Disbursed To Creditor | 4,350.23 |
| 3 | FLAGSTAR BANK NA | 11/21/2025 | 1345527 | Amounts Disbursed To Creditor | 443.53 |
| 3 | FLAGSTAR BANK NA | 12/23/2025 | 1347876 | Amounts Disbursed To Creditor | 20.68 |
| 3 | FLAGSTAR BANK NA | 01/27/2026 | 1350247 | Amounts Disbursed To Creditor | 2,066.43 |
| | | | | Total for Claim Number 3: | 15,991.32 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **15,991.32** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 3 | FLAGSTAR BANK FSB | 07/29/2019 | 1125703 | Amounts Disbursed To Creditor | 5,534.69 |
| 3 | FLAGSTAR BANK FSB | 08/27/2019 | 1129205 | Amounts Disbursed To Creditor | 960.16 |
| 3 | FLAGSTAR BANK FSB | 09/24/2019 | 1132555 | Amounts Disbursed To Creditor | 960.15 |
| 3 | FLAGSTAR BANK FSB | 10/24/2019 | 1135819 | Amounts Disbursed To Creditor | 1,184.11 |
| 3 | FLAGSTAR BANK FSB | 11/25/2019 | 1139271 | Amounts Disbursed To Creditor | 947.28 |
| 3 | FLAGSTAR BANK FSB | 12/23/2019 | 1142702 | Amounts Disbursed To Creditor | 947.29 |
| 3 | FLAGSTAR BANK FSB | 01/28/2020 | 1146124 | Amounts Disbursed To Creditor | 1,186.59 |
| 3 | FLAGSTAR BANK FSB | 02/25/2020 | 1149617 | Amounts Disbursed To Creditor | 993.41 |
| 3 | FLAGSTAR BANK FSB | 03/23/2020 | 1153159 | Amounts Disbursed To Creditor | 704.92 |
| 3 | FLAGSTAR BANK FSB | 04/27/2020 | 1156596 | Amounts Disbursed To Creditor | 1,111.32 |
| 3 | FLAGSTAR BANK FSB | 05/26/2020 | 1159999 | Amounts Disbursed To Creditor | 908.12 |
| 3 | FLAGSTAR BANK FSB | 06/26/2020 | 1163397 | Amounts Disbursed To Creditor | 513.23 |
| 3 | FLAGSTAR BANK FSB | 07/29/2020 | 1166534 | Amounts Disbursed To Creditor | 1,018.57 |
| 3 | FLAGSTAR BANK FSB | 08/25/2020 | 1169608 | Amounts Disbursed To Creditor | 650.96 |
| 3 | FLAGSTAR BANK FSB | 11/24/2020 | 1178866 | Amounts Disbursed To Creditor | 829.56 |
| 3 | FLAGSTAR BANK FSB | 12/21/2020 | 1181846 | Amounts Disbursed To Creditor | 279.06 |
| 3 | FLAGSTAR BANK FSB | 01/25/2021 | 1184794 | Amounts Disbursed To Creditor | 1,292.56 |
| 3 | FLAGSTAR BANK FSB | 02/22/2021 | 1187898 | Amounts Disbursed To Creditor | 1,292.57 |
| 3 | FLAGSTAR BANK FSB | 03/26/2021 | 1191169 | Amounts Disbursed To Creditor | 1,173.99 |
| 3 | FLAGSTAR BANK FSB | 04/26/2021 | 1194456 | Amounts Disbursed To Creditor | 497.59 |
| 3 | FLAGSTAR BANK FSB | 05/25/2021 | 1197587 | Amounts Disbursed To Creditor | 347.70 |
| 3 | FLAGSTAR BANK FSB | 06/25/2021 | 1200765 | Amounts Disbursed To Creditor | 804.71 |
| 3 | FLAGSTAR BANK FSB | 07/26/2021 | 1203968 | Amounts Disbursed To Creditor | 99.95 |
| 3 | FLAGSTAR BANK FSB | 08/26/2021 | 1207091 | Amounts Disbursed To Creditor | 564.24 |
| 3 | FLAGSTAR BANK FSB | 09/24/2021 | 1210217 | Amounts Disbursed To Creditor | 711.65 |
| 3 | FLAGSTAR BANK FSB | 10/25/2021 | 1213297 | Amounts Disbursed To Creditor | 669.06 |
| 3 | FLAGSTAR BANK FSB | 11/22/2021 | 1216328 | Amounts Disbursed To Creditor | 195.16 |
| 3 | FLAGSTAR BANK FSB | 01/26/2022 | 1222466 | Amounts Disbursed To Creditor | 93.04 |
| 3 | FLAGSTAR BANK FSB | 02/23/2022 | 1225379 | Amounts Disbursed To Creditor | 70.39 |
| 3 | FLAGSTAR BANK FSB | 03/25/2022 | 1228311 | Amounts Disbursed To Creditor | 985.45 |
| 3 | FLAGSTAR BANK FSB | 05/25/2022 | 1234383 | Amounts Disbursed To Creditor | 843.53 |
| 3 | FLAGSTAR BANK FSB | 07/26/2022 | 1240353 | Amounts Disbursed To Creditor | 1,017.05 |
| 3 | FLAGSTAR BANK FSB | 08/24/2022 | 1243262 | Amounts Disbursed To Creditor | 1,023.94 |
| 3 | FLAGSTAR BANK FSB | 09/27/2022 | 1246120 | Amounts Disbursed To Creditor | 1,030.31 |
| 3 | FLAGSTAR BANK FSB | 10/25/2022 | 1248957 | Amounts Disbursed To Creditor | 1,025.52 |
| 3 | FLAGSTAR BANK FSB | 11/23/2022 | 1251737 | Amounts Disbursed To Creditor | 1,530.24 |
| 3 | FLAGSTAR BANK FSB | 12/22/2022 | 1254515 | Amounts Disbursed To Creditor | 1,025.42 |
| 3 | FLAGSTAR BANK FSB | 01/26/2023 | 1257242 | Amounts Disbursed To Creditor | 1,030.24 |
| 3 | FLAGSTAR BANK FSB | 02/23/2023 | 1259890 | Amounts Disbursed To Creditor | 1,034.67 |
| 3 | FLAGSTAR BANK FSB | 03/28/2023 | 1262637 | Amounts Disbursed To Creditor | 519.36 |
| 3 | FLAGSTAR BANK FSB | 04/25/2023 | 1265461 | Amounts Disbursed To Creditor | 1,558.65 |
| 3 | FLAGSTAR BANK FSB | 05/25/2023 | 1268297 | Amounts Disbursed To Creditor | 1,039.62 |
| 3 | FLAGSTAR BANK FSB | 06/26/2023 | 1271204 | Amounts Disbursed To Creditor | 1,040.11 |
| 3 | FLAGSTAR BANK FSB | 07/25/2023 | 1273997 | Amounts Disbursed To Creditor | 1,028.55 |
| 3 | FLAGSTAR BANK FSB | 08/25/2023 | 1276764 | Amounts Disbursed To Creditor | 1,562.28 |
| 3 | FLAGSTAR BANK FSB | 09/26/2023 | 1279523 | Amounts Disbursed To Creditor | 1,090.43 |
| 3 | FLAGSTAR BANK FSB | 10/25/2023 | 1282235 | Amounts Disbursed To Creditor | 569.78 |
| 3 | FLAGSTAR BANK FSB | 11/27/2023 | 1284924 | Amounts Disbursed To Creditor | 2,178.76 |

| Debtor 1 | **RANKIN** | | Case Number **19-20358CMB** | Page 2 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 3 | FLAGSTAR BANK FSB | 12/21/2023 | 1287531 | Amounts Disbursed To Creditor | 619.07 |
| 3 | FLAGSTAR BANK FSB | 01/26/2024 | 1290178 | Amounts Disbursed To Creditor | 1,930.27 |
| 3 | FLAGSTAR BANK FSB | 02/26/2024 | 1292859 | Amounts Disbursed To Creditor | 1,340.32 |
| 3 | FLAGSTAR BANK FSB | 03/26/2024 | 1295505 | Amounts Disbursed To Creditor | 1,394.22 |
| 3 | FLAGSTAR BANK FSB | 04/25/2024 | 1298151 | Amounts Disbursed To Creditor | 2,171.79 |
| 3 | FLAGSTAR BANK FSB | 05/29/2024 | 1300860 | Amounts Disbursed To Creditor | 1,509.72 |
| 3 | FLAGSTAR BANK FSB | 06/25/2024 | 1303437 | Amounts Disbursed To Creditor | 1,572.65 |
| 3 | FLAGSTAR BANK FSB | 07/25/2024 | 1305993 | Amounts Disbursed To Creditor | 1,636.84 |
| 3 | FLAGSTAR BANK FSB | 08/26/2024 | 1308612 | Amounts Disbursed To Creditor | 1,702.55 |
| 3 | FLAGSTAR BANK FSB | 09/25/2024 | 1311173 | Amounts Disbursed To Creditor | 1,770.22 |
| 3 | FLAGSTAR BANK FSB | 10/25/2024 | 1313723 | Amounts Disbursed To Creditor | 2,172.59 |
| 3 | FLAGSTAR BANK FSB | 11/25/2024 | 1316303 | Amounts Disbursed To Creditor | 936.42 |
| 3 | FLAGSTAR BANK FSB | 12/23/2024 | 1318705 | Amounts Disbursed To Creditor | 936.42 |
| 3 | FLAGSTAR BANK FSB | 01/28/2025 | 1321174 | Amounts Disbursed To Creditor | 936.42 |
| 3 | FLAGSTAR BANK FSB | 02/25/2025 | 1323624 | Amounts Disbursed To Creditor | 959.28 |
| 3 | FLAGSTAR BANK FSB | 03/26/2025 | 1326092 | Amounts Disbursed To Creditor | 835.83 |
| 3 | FLAGSTAR BANK FSB | 04/25/2025 | 1328575 | Amounts Disbursed To Creditor | 1,082.73 |
| 3 | FLAGSTAR BANK NA | 05/23/2025 | 1331006 | Amounts Disbursed To Creditor | 959.28 |
| 3 | FLAGSTAR BANK NA | 06/25/2025 | 1333453 | Amounts Disbursed To Creditor | 959.28 |
| 3 | FLAGSTAR BANK NA | 07/25/2025 | 1335927 | Amounts Disbursed To Creditor | 950.54 |
| 3 | FLAGSTAR BANK NA | 08/26/2025 | 1338355 | Amounts Disbursed To Creditor | 950.54 |
| 3 | FLAGSTAR BANK NA | 10/24/2025 | 1343235 | Amounts Disbursed To Creditor | 1,365.37 |
| 3 | FLAGSTAR BANK NA | 11/21/2025 | 1345527 | Amounts Disbursed To Creditor | 1,486.25 |
| 3 | FLAGSTAR BANK NA | 12/23/2025 | 1347876 | Amounts Disbursed To Creditor | 950.54 |
| | | | | Total for Claim Number 3: | 78,805.08 |

**Total for Part 4 - a (Postpetition Payments):** 78,805.08

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| JASON L. RANKIN<br>397 WASHINGTON PIKE<br>AVELLA, PA  15312 | CHRISTOPHER M FRYE ESQ<br>STEIDL & STEINBERG PC<br>436 SEVENTH AVE STE 322<br>KOPPERS BUILDING<br>PITTSBURGH, PA  15219 |
| MCCALLA RAYMER  ET AL<br>NATL BANKRUPTCY DEPT**<br>1544 OLD ALABAMA RD**<br>ROSWELL, GA  30076-2102 | NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 619096<br>DALLAS, TX  75261-9741 |
| FLAGSTAR BANK NA<br>C/O NATIONSTAR MORTGAGE LLC(*)<br>BANKRUPTCY DEPARTMENT<br>PO BOX 619094<br>DALLAS, TX  75261 | |

Dated: 01/29/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee