Certificate Number: 17082-PAW-DE-040573094

Bankruptcy Case Number: 19-20358



17082-PAW-DE-040573094

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2026, at 9:55 o'clock PM MST, JASON L RANKIN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: February 2, 2026

By: /s/MARY MILLER

Name: MARY MILLER

Title: Certified Credit Counselor