IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    )
                                                          )
Jason L. Rankin,                                          )        Case No. 19-20358-CMB
     Debtor(s)                                            )        Chapter 13
                                                          )        Docket No.
                                                          )
                                                          )
                                                          )
Jason L. Rankin                                           )
     Movant(s)                                            )
                                                          )
     vs.                                                  )
                                                          )
No Respondent(s)                                          )
                                                          )

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1.      The Debtor has made all payments required by the Chapter 13 Plan.

2.      Include whichever one of the two following statements applies:
        The Debtor is required to pay Domestic Support Obligations and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3.      The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.      On February 2, 2026 at docket number 122, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

        This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Respectfully submitted,

February 26, 2026          /s/ Christopher M. Frye
DATE                      Christopher M. Frye, Esquire
                          Attorney for the Debtor(s)

                          STEIDL & STEINBERG
                          436 Seventh Avenue
                          Suite 322
                          Pittsburgh, PA  15219
                          (412) 391-8000
                          chris.frye@steidl-steinberg.com
                          PA I.D. No. 208402