**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JASON L. RANKIN

       Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
      vs.
No Respondents.

Case No.:19-20358

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 24, 2026

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 01/29/2019  and confirmed on 5/13/19 . The case was subsequently       Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 157,850.28 |
| Less Refunds to Debtor | 2,072.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 155,777.64 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 8,160.07 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,560.07 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FLAGSTAR BANK NA | 0.00 | 78,805.08 | 0.00 | 78,805.08 |
|   Acct: 8331 | | | | |
| FLAGSTAR BANK NA | 15,991.32 | 15,991.32 | 0.00 | 15,991.32 |
|   Acct: 8331 | | | | |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 488.85 | 488.85 | 0.00 | 488.85 |
|   Acct: 0901 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 40,806.53 | 40,806.53 | 7,506.79 | 48,313.32 |
|   Acct: 7676 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7676 | | | | |
| | | | | 143,598.57 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JASON L. RANKIN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JASON L. RANKIN | 2,072.64 | 2,072.64 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CHRISSY KEATING | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLENS FEED AND SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ASSOCIATES CREDIT SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4414 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9746 | | | | |
| CONVERGENT OUTSOURCING++ | 0.00 | 0.00 | 0.00 | 0.00 |

19-20358                                                                                    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 2025 | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4063 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2003 | | | | |
| WEST PENN POWER* | 1,976.37 | 619.00 | 0.00 | 619.00 |
| Acct: 0853 | | | | |
| CAVALRY INVESTMENTS LLC - ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6731 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 619.00 |

TOTAL PAID TO CREDITORS                                                                    144,217.57

TOTAL CLAIMED
PRIORITY                   0.00
SECURED               57,286.70
UNSECURED              1,976.37

Date: 02/24/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JASON L. RANKIN

          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:19-20358

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20358-CMB |
| Jason L. Rankin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason L. Rankin, 397 Washington Pike, Avella, PA 15312-2316 |
| 15000442 | + | Allens Feed & Supply LLC & Shasta Al, 2 Wabash Avenue, Hickory, PA 15340-1152 |
| 14985341 | | Associated Credit Services, LLC, Po Box 5171, Westboro, MA 01581 |
| 14985342 | + | Associated Credit Services, LLC, Attn: Bankruptcy, 115 Flanders Road, Ste 140; Po Box 5171, Westborough, MA 01581-1087 |
| 15007978 | + | FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098-2639 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 00:30:14 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15018125 | | Email/Text: bnc@atlasacq.com | Feb 26 2026 00:17:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14985343 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:13 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14985344 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14985345 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 26 2026 00:30:26 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 14985346 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 26 2026 00:30:16 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14996275 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 00:30:14 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14988027 | + | Email/Text: bankruptcy@cavps.com | Feb 26 2026 00:18:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14985347 | | Email/Text: convergent@ebn.phinsolutions.com | Feb 26 2026 00:18:12 | Convergent, PO Box 9004, Renton, WA 98057-9004 |
| 14985348 | | Email/Text: Bankruptcy.Consumer@dish.com | Feb 26 2026 00:17:00 | Dish, PO Box 94063, Palatine, IL 60094-4063 |
| 14985350 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 26 2026 00:17:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14985349 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 26 2026 00:17:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 16535776 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 26 2026 00:17:00 | Flagstar Bank, N.A., Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9096 |
| 14985351 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2026 00:18:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14985352 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2026 00:18:00 | Jefferson Capital Systems, LLC, Po Box 1999, |

District/off: 0315-2       User: auto       Page 2 of 2

Date Rcvd: Feb 25, 2026       Form ID: pdf900       Total Noticed: 22

| | | | | |
|---|---|---|---|---|
| | | | | Saint Cloud, MN 56302 |
| 14985353 | | Email/Text: bankruptcy@firstenergycorp.com | Feb 26 2026 00:17:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15000443 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 26 2026 00:17:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK, FSB |
| cr | | Flagstar Bank, N.A. |
| 15000444 | * | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Jason L. Rankin chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor FLAGSTAR BANK  FSB dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5